

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-23-00114-CV

————————————————

IN RE TIFFANY PAYNE, Relator

Original Proceeding
County Court at Law No. 2 of Denton County, Texas
Trial Court No. CV-2023-00773-JP

Before Wallach, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 14, 2023